171 A.3d 1263

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. IBNMAU-
RIC ANTHONY, A/K/A IBNMAURICE ANTHONY AND IB-
NMAURICE RASHA ANTHONY, DEFENDANT-PETITIONER.

C-159 Sept.Term 2017
079344

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005429–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is granted
limited to the issue of the State's failure to comply with the
requirements of State v. Delgado, 188 N.J. 48, 902 A.2d 888 (2006);
and it is further

ORDERED that the appellant may serve and file a supplemen-
tal brief on or before December 19, 2017, and respondent may
serve and file a supplemental brief forty-five (45) days after the
filing of appellant's supplemental submission, or if appellant de-
clines to file such a submission, on or before February 2, 2018.